**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0001313**
**17-MAR-2016**
**08:25 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---

GREEN PARTY OF HAWAII, KAREN M. HOLT, ELIZABETH M. RUZE,
MICHAEL KRATZKE, MOANI KEALA AKAKA, KIM DUFFETT,
MARY JO DENNISON and MAKA'ALA KA'AUMOANA, Plaintiffs-Appellants,
v. SCOTT NAGO, Chief Elections Office, State of Hawai'i,
and STATE OF HAWAI'I, Defendants-Appellees

NO. CAAP-14-0001313

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 12-1-0956(2))

MARCH 17, 2016

FOLEY, PRESIDING JUDGE, LEONARD and REIFURTH, JJ.

ORDER OF CORRECTION
(By: Leonard, J., for the court)

IT IS HEREBY ORDERED that the Opinion of the court,

filed on December 18, 2015, is hereby corrected by replacing the

name "Duffet" with "Duffett" on page 1, line 3 of the first full paragraph, so that the line now reads as follows:

> Ruze, Michael Kratzke, Moani Keala Akaka, Kim Duffett, Mary Jo

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, March 17, 2016.

FOR THE COURT:

Associate Judge